[Civil No. 2127.   Filed June 6, 1924.]

[226 Pac. 1117.]

MARSHALL NEALE for the Estate of ESTELLA NEALE, Deceased, Appellant, v. COUNTY OF YUMA (STATE OF ARIZONA); J. P. COREY, FRANK E. ELLIOTT, J. CARROLL POWER, WILLIAM C. LACY, MARYLAND CASUALTY COMPANY, NATIONAL SURETY COMPANY, and AMERICAN SURETY COMPANY OF NEW YORK, Appellees.

APPEAL from a judgment of the Superior Court of the County of Yuma. F. L. Ingraham, Judge. Affirmed.

Messrs. Robertson, Lindeman and Campbell, for Appellant.

Mr. H. H. Baker, County Attorney, and Messrs. Timmons & Westover, for Appellees.

PER CURIAM.—There was filed in this case a stipulation "that the pleadings and the law and the facts in the above-entitled action . . . are, so far as the same affect the appeal herein, essentially identical with the pleadings and the law and the facts in case No. 2128 (in the Supreme Court of the state of Arizona), entitled *Alvin F. Larsen, as Administrator of the Estate of Frank M. Smith, Deceased,* v. *County of Yuma, J. P. Corey et al., ante,* p. 367, 225 Pac. 1115. . . . " In the Larsen case, heretofore decided, the judgment of the lower court, dismissing the complaint for insufficiency of facts, was affirmed. The same order will be made in this case.